**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Christopher Lee ARMSTRONG, aka:
Chris Armstrong, Defendant,**

and

**Robert Rozelle; Aaron Hampton;
Freddie Mack; Shelton Auntwan
Martin, Defendants–Appellees.**

**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Christopher Lee ARMSTRONG, aka:
Chris Armstrong, Defendant–
Appellee.**

Nos. 93–50031, 93–50057.

United States Court of Appeals,
Ninth Circuit.

Aug. 1, 1994.

## ORDER

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.